UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    KIM ELAINE MCNEAL                              CASE NO. 20-30443-JDA
                                                   CHAPTER 13
                                                   HONORABLE JOEL D. APPLEBAUM

            DEBTOR.
_____/

RICHARD CLARK
Attorney for Debtor
30833 Northwestern Hwy, Suite 224
Farmington Hills, MI 48334
(248) 626-3723
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

## PROOF OF SERVICE

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 1st day of July, 2020, a copy of the Objection of Santander Consumer USA Inc. to Confirmation of Debtor's Second Amended Chapter 13 Plan and this Proof of Service:

| | |
|---|---|
| Carl L. Bekofske | Richard Clark |
| Trustee | Attorney at Law |
| 400 N. Saginaw St., Suite 331 | 30833 Northwestern Hwy, Suite 224 |
| Flint, MI 48502 | Farmington Hills, MI 48334 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                  O'REILLY RANCILIO P.C.

                                  */s/ Craig S. Schoenherr, Sr.*
                                  _____
                                  CRAIG S. SCHOENHERR, SR. (P32245)
                                  Attorney for Creditor
                                  12900 Hall Road, Suite 350
                                  Sterling Heights, MI  48313-1151
                                  (586) 726-1000
                                  ecf@orlaw.com

DATED:  July 1, 2020